IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIC CHARLES NENNO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-02-4907 |
| | § | |
| DOUG DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Correctional Institutions | § | |
| Division, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Respondent Doug Dretke's Motion for Summary Judgment (Document No. 32) is GRANTED, Petitioner Eric Charles Nenno's Petition for Writ of Habeas Corpus (Document No. 26) is DENIED, no Certificate of Appealability shall issue to Petitioner Eric Charles Nenno, and this case is DISMISSED on the merits.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order and provide a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 7th day of March, 2006.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE